# EXHIBIT A

| DISTRICT COURT, CITY and COUNTY of DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 Ph: 720-865-8301 | DATE FILED: July 10, 2018 1:32 PM<br>FILING ID: B25CFA2FDED40<br>CASE NUMBER: 2018CV32538 |
|---|---|
| Plaintiff: DOROTHY A. ROTH<br>v.<br>Defendant: G4S SECURE SOLUTIONS (USA), INC., a Florida corporation | ▲Court Use Only▲ |
| Thomas H. Stocker Ph: 303-988-4205<br>Attorney at Law<br>44 Union Blvd., Ste. 103 tom@thstocker.com<br>Lakewood, CO 80228 Att'y Reg. No. 14716<br>Attorney for Plaintiff | Case No: -- CV ----<br><br>Courtroom: ---- |

**COMPLAINT AND JURY DEMAND**

Plaintiff, Dorothy A. Roth ("Roth"), through counsel, Thomas H. Stocker, of Thomas H. Stocker, P.C., brings this Complaint against G4S Secure Solutions USA), Inc. ("G4S").

**Summary**

1. In this Complaint, Roth asserts state law claims under the Colorado Anti-Discrimination Act ("CADA"), C.R.S. §§ 24-34-401, *et seq*., and seeks state law remedies under CADA.

2. Roth was employed by G4S and its predecessor, Wachenhut Corp., for 20 years, virtually her entire adult life from July 1992 to August 1996, and then again from August 2000 to Oct. 2016.

3. On Sept. 27, 2016 Roth submitted her complaint to the G4S human resources department alleging that she had been subjected to sexual harassment and a hostile working environment by her manager.

4. Thirteen days after submitting her complaint, on Oct. 10, 2016 Roth was suddenly and without warning fired.

5. At the time of her termination, Roth was General Manager of the Aurora office of G4S.

6. With the possible exception of another female hired a week before Roth was fired, at the time of her termination, Roth was the only female manager in G4S's western region that comprised 10 offices and about 550 field officers.

7. Roth is a Hispanic female and at the time of her termination she was age 46.

8. At the time of her termination, Roth reported to Robert Bobo ("Bobo"), Regional Manager. On information and belief, Bobo was about age 63 and had been employed by G4S or Wackenhut for 38 years.

9. With increasing severity in times leading up to her termination, Bobo had subjected Roth to verbal abuse, racial and sexual harassment, retaliation, threatened termination and hostility.

10. Through this Complaint, Roth seeks redress for the wrongful and illegal treatment that she was subjected to by G4S.

**Parties, Jurisdiction and Venue**

11. Defendant G4S is a Florida corporation having a principal place of business in Colorado at 14111 E. Alameda Ave., # 300, Aurora, CO 80012.

12. G4S is based at 1395 University Blvd., Jupiter, FL 33458. G4S provides a broad range of security services to industry and government. Its web site is: www.g4s.us.

13. G4S is licensed to do business in the State of Colorado with Colorado Secretary of State ID no.1987104567, and maintains a registered agent in the State of Colorado.

14. Among other places, G4S does business in the City and County of Denver, Colorado.

15. Roth filed her Charge of Discrimination ("Charge") with the Colorado Civil Rights Division ("CCRD") (and jointly with the EEOC) on March 14, 2017.

16. CCRD assigned number FE2017502558 to the Roth Charge.

17. The CCRD Notice of Right to Sue ("NTRS") was mailed to Roth on April 25, 2018.

18. This Complaint is being filed less than 90 days after the CCRD mailed its NTRS to Roth.

19. Jurisdiction and venue are proper in the District Court for the City and County of Denver, Colorado.

**Factual Allegations Applicable to All Claims for Relief**

20. Roth worked for G4S or its predecessor, Wackenhut Corporation, for over 20 years from July 1992 to August 1996, and again from August 2000 to October 10, 2016.

21. Roth was 21 when she started working for Wachenhut Corp.

22. Without prior notice or warning, Roth was fired on October 10, 2016.

23. In January 2008 Roth was promoted to Acting General Manager of the Aurora office of G4S.

24. In March 2008 Roth was promoted to General Manager.

25. At the time of her termination, she continued to hold the position of General Manager.

26. Roth is female, Hispanic, and was age 46 at the time of her termination.

27. At the time of her termination, Roth was the only female manager in G4S's western region that is comprised of 10 offices.

28. At the time of her termination, Roth had 8 direct staff reports and about 550 field officers.

29. Roth always had good performance reviews.

30. Roth typically worked 60 or more hours per week, often including weekends.

31. At the time of her termination, Roth was in the prime of her career with G4S and was looking forward to 20 or more years of work with G4S.

32. Except for the discriminatory and hostile treatment accorded to her by her manager, Mr. Robert Bobo ("Bobo"), Roth loved her job with G4S.

33. In January 2008, Bobo was promoted to Regional Manager. Roth thereafter reported to Bobo.

34. At the time of her termination, Bobo was approximately 63 years old, almost 20 years older than Roth, and had been employed by G4S or its predecessor for about 38 years.

35. With increasing severity in recent years, Bobo subjected Roth to verbal abuse, racial and sexual harassment, retaliation, age discrimination, and threatened termination and hostility.

36. Roth lodged complaints with Bobo, Human Resources and others about Bobo's chronic discriminatory, autocratic, threatening, caustic, hostile and harassing behavior toward Roth, and some of her staff.

37. Many other employees, especially women, refused to work for Bobo.

38. Other employees who are not female and not Hispanic, were not subjected to the same kind of discriminatory, hostile and abusive treatment that Bobo subjected Roth to.

39. Roth dealt with Bobo’s illegal abusive and discriminatory treatment to the best of her ability and often defended her reports from Bobo's discriminatory treatment. But such treatment continued to grow in severity and frequency, especially in months before Roth was fired.

40. On Tuesday, Sept. 27, 2016, in good faith and in an attempt to find a resolution to the harassment and discriminatory treatment that Bobo had subjected her to, Roth submitted a 6 page Complaint to Mr. Gerks in the Human Resources Department that is located at the Florida headquarters for G4S.

41. In this Complaint Roth described the discrimination and hostile working environment that she had been subjected to by Bobo. A copy of this statement is attached hereto and incorporated herein as Exhibit A.

42. G4S maintains a Security Officer Handbook that states the employment policies of the company.

43. On page 20 of G4S's Security Officer Handbook (“Handbook”), G4S states:

> "If an investigation concludes that an employee violated this policy by harassing another employee, the violator will be subjected to discipline that may include termination of employment.
>
> The company will not retaliate against an employee who makes a good faith complaint or report of sexual or workplace harassment. The company also will not retaliate against an employee who participates in the

> investigation of a complaint or report. Such retaliation will itself be cause for disciplinary action, up to and including termination of employment."

44. G4S policies require an investigation in response to any complaint of harassment or discrimination such as the one Roth filed with HR on Sept. 27, 2016.

45. On information and belief, no investigation was performed in response to Roth's Complaint.

46. On information and belief, Bobo was not disciplined in any manner, or terminated.

47. With no prior warning or notice, on Monday, Oct. 10, 2016, on the 13th day after Roth submitted her Complaint to HR, after she had been in the office and working for several hours, she was presented with a Severance Agreement and General Release, told to leave the office, and was fired.

48. Roth immediately left the office and after 20 years of work for G4S, that was her last day of work for G4S. Roth did not sign the Severance Agreement and General Release.

49. Roth was fired in retaliation for her Sept. 27 complaint.

50. G4S further retaliated against Roth by failing to pay Roth for time she had accumulated in her PTO bank and extended illness bank. This alone is estimated to be at least $9,542.70. Even though G4S eventually paid Roth her accumulated PTO time, G4S did not pay her sick leave bank hours, these sums, they should have been paid on the day of her termination.

51. During several years prior to her termination, Bobo's demanding and discriminatory management practices prevented Roth from taking any time off and thus Roth lost PTO that had to be used or lost during these years.

52. Roth was subjected to an illegal hostile working environment and illegal discriminatory treatment because of her sex (female), ethnicity (Hispanic) and age (46). Roth was fired in retaliation for filing a complaint alleging discrimination and a hostile working environment.

53. As set forth below, Roth is demanding all remedies due her under Colorado law including, but not limited to, back pay, front pay, reinstatement, compensation for emotional distress, exemplary damages, attorneys' fees, and all costs and all other available remedies.

**First Claim for Relief**

(*Violation of the CADA – Discrimination, Harassment and Hostile Working Environment*)

54. Roth incorporates all other paragraphs of this Complaint as if fully set forth herein.

55. The Colorado Anti-Discrimination Act ("CADA"), as amended, C.R.S. §§ 24-34-401, *et seq*., among other provisions, prohibits discrimination on the basis of sex, ethnicity, and age.

56. C.R.S. § 24-34-402 provides in part:

> "(1) It shall be a discriminatory or unfair employment practice:
>
> (a) For an employer to refuse to hire, to discharge, to promote or demote, to harass during the course of employment, or to discriminate in matters of compensation, terms, conditions, or privileges of employment against any person otherwise qualified because of disability, race, creed, color, sex, sexual orientation, religion, age, national origin, or ancestry . . .
>
> 'harass' means to create a hostile work environment based upon an individual's race, national origin, sex, sexual orientation, disability, age, or religion. Notwithstanding the provisions of this paragraph (a),

> harassment is not an illegal act unless a complaint is filed with the appropriate authority at the complainant's workplace and such authority fails to initiate a reasonable investigation of a complaint and take prompt remedial action if appropriate."

C.R.S. § 24-34-402.

57. The above quoted Colorado statute is reflected in the G4S Handbook as quoted above.

58. As described above and in Exhibit A attached, Roth was subject to illegal discrimination, harassment, and intimidation, because of her sex (female), ethnicity (Hispanic) and age (over 40).

59. For example, as described in Exhibit A, Bobo's treatment of Roth was discriminatory and hostile. Among other things, he sought to sabotage her work, did not provide support that he provided to other managers, accused Roth of not performing her job, went around her, harassed some of her subordinates to the point where they refused to work for Bobo, downgraded Roth's staff, sought to embarrass Roth in front of her staff, provided obsolete training materials, worked Roth to the point where she was unable to take any time off that she was entitled to take, and routinely treated Roth in an abusive manner thus creating a hostile working environment.

60. Bobo discriminated against Roth because of her sex (female) and ethnicity (Hispanic).

61. Bobo sought to make working conditions for Roth so unbearable that she would have no choice but to resign.

62. However, Roth did not resign.

63. Such actions by G4S not only violated the CADA, but also violated G4S's own employment policies.

64. Roth's work performance met or exceeded the requirements of G4S.

65. Roth was wrongfully terminated on Oct. 10, 2016 because of her sex (female), ethnicity (Hispanic) and age (over 40) and in retaliation for filing her Complaint to the HR Department regarding Bobo.

66. Such actions by G4S were an intentional violation of the CADA and G4S's own employment policies.

67. As a direct result of G4S's illegal, retaliatory and discriminatory actions toward Roth, she has suffered damages and will continue to suffer damages as described and requested in the Prayer for Relief.

WHEREFORE, Roth prays for the relief stated in her Prayer for Relief below.

**Second Claim for Relief**

(*Violation of the CADA – Retaliation and Wrongful Discharge in Violation of Colorado Public Policy* )

68. Roth incorporates all other paragraphs of this Complaint as if fully set forth herein.

69. The Colorado Anti-Discrimination Act ("CADA"), as amended, C.R.S. §§ 24-34-401, *et seq*., among other provisions, prohibits retaliation against any person who has opposed a discriminatory or unfair employment practice.

70. C.R.S. § 24-34-402 provides:

> "(1) It shall be a discriminatory or unfair employment practice:
>
> …
>
> (IV) To discriminate against any person because such person has opposed any practice made a discriminatory or an unfair employment practice by this part 4 . . .."

C.R.S. § 24-34-402(1)(e)(IV).

71. The above quoted Colorado statute is incorporated in the G4S Handbook as quoted above.

72. Roth repeatedly complained to Bobo about his harassing, intimidating, and discriminatory treatment that was directed toward her because she was female, Hispanic, and/or over age 40.

73. On Sept 27, 2016, Roth submitted in good faith a written Complaint to HR regarding Bobo's harassing, intimidating, and discriminatory treatment that was directed toward her because she was female, Hispanic, and/or over age 40. A copy is attached as Exhibit A.

74. Exhibit A provides numerous examples of Bobo's discriminatory and illegal treatment of Roth.

75. On information and belief, no meaningful investigation was conducted by G4S in response to Roth's Complaint.

76. On Oct. 10, 2016, 13 days after submitting her Complaint to HR, Roth was suddenly and without notice or warning fired in an intentional violation of the CADA.

77. Roth was directed to immediately leave the building and was intentionally humiliated in front of her peers and reports.

78. Such actions by G4S were not only intentional violations of the CADA and Colorado law, but also violated G4S's own employment policies.

79. Roth's termination was in retaliation for the Complaint she submitted to HR concerning the hostile and discriminatory treatment she had been subject to by Bobo.

80. Roth's termination was wrongful under the CADA and Colorado law.

81. Roth's termination violated the G4S employment policy quoted above where G4S promises that it "will not retaliate against an employee who makes a good faith complaint or report of sexual or workplace harassment."

82. Under the CADA Roth had the right to complain about the discriminatory treatment described above directed at her by Bobo.

83. G4S knew that Roth had the right to complain about the discriminatory treatment described above directed at her by Bobo.

84. By submitting her written Complaint in good faith to HR, Roth was exercising her rights under the CADA.

85. G4S terminated Roth for submitting her written Complaint in good faith to HR thereby exercising her rights under the CADA.

86. Roth's termination by G4S was a violation of Colorado public policy.

87. G4S further discriminated and retaliated against Roth by failing to pay her accumulated sick leave and PTO as described in further detail above.

88. As a direct result of G4S's illegal, retaliatory and discriminatory actions toward Roth, she has suffered damages and will continue to suffer damages as described and requested in the Prayer for Relief.

WHEREFORE, Roth prays for the relief stated in her Prayer for Relief below.

## **Demand for Jury Trial**

Roth demands a jury trial on all issues so triable.

**Prayer for Relief**

WHEREFORE, Roth prays that this Honorable Court will award judgment in her favor against G4S, in an amount to be determined at trial by jury for compensatory damages, damages for emotional distress, embarrassment, injury to reputation, injury to career, humiliation, loss of enjoyment of life, and other pain and suffering, lost back and front pay, exemplary damages in an amount to be determined at trial by the jury for the purposes of punishment and deterrence, plus attorneys' fees, expert witness fees, costs, and pre- and post-judgment interest, all pursuant to law, and for injunctive relief as appropriate, and for such other additional or alternative relief as may be just, proper and equitable.

Dated: July 9, 2018.

Respectfully submitted,

THOMAS H. STOCKER, P.C.,
Attorney at Law
*/s Thomas H. Stocker, signature on file*
By: ______________________________
Thomas H. Stocker, #14716
44 Union Blvd., ste. 103
Lakewood, CO 80228
Phone: 303-988-4205
Email: tom@thstocker.com

Attorney for Plaintiff, Dorothy A. Roth

Plaintiff's address:

2404 E. 148th Drive
Thornton, CO 80602

Exhibit A attached: Roth's Sept. 27, 2016 Complaint to HR

# EXHIBIT A

9/27/16

Geoff,
The one thing I want to do is have an open and candid conversation with you. This company has been a great career path for me, however with the constant hostile and gender discriminatory environment I have been subjected to over the years, I know my career with G4S will be coming to an end in the very near future.

I have talked with your predecessors in the past and no change has been made so I have continued on with this behavior, but at some point one must ask themselves when enough is enough.

We all have families to support and the fear of retaliation from Bob Bobo sits at the forefront of my mind and I have to be reassured that when I provide you a list of names of individuals who can validate this ongoing practice that they too will be protected as they are colleagues and people I consider friends.

I do have a follow up meeting with Bob Bobo on Friday, September 30th at 1000 (this is from our meeting he had with me on September 16th) as he wants to discuss my plans to grow the business or he has advised me that maybe it would be good for him to create a package deal for me if I choose to get out, but did advise that the last thing I wanted is for G4S to fire me.

Goodboe conversation:
I was contacted by Goodboe asking me why females do not want to work for Bob, specifically Bonnie from Vegas. I advised Goodboe that he would need to contact Bonnie in regards to that.

Goodboe then asked me if we could have an off the record candid conversation, and I complied. Goodboe asked why people do not want to work for Bob. I advised him that he tries to overpower those he can and creates for an uneasy work environment. The support is non-existent and the way he talks down to staff is an embarrassment to the company.

I provided Goodboe an example of what we deal with locally: one day I was in the field and the next day I came back I was approached by my recruiter at the time (Mitch King – former Marine recruiter) and he advised me he wanted to resign. When I asked Mitch why he proceeded to tell me that while I was out of the office Mr. Bobo confronted him and asked why he (Mitch) was hiring terrorists. Mitch said what do you mean. Mr. Bobo said you have Iraqi individuals in class. Mitch advised him of their background with the US Army and informed him that their backgrounds had cleared. Mr. Bobo then gathered some old videos he had on proper interviewing techniques and put Mitch in an office and had him spend the remainder of the day watching them.

Mr. Bobo was at HQ the week Goodboe called me and the example I provided Goodboe was shared with him and Mr. Bobo called me and informed me I had a snitch in my office and he thought it was Mitch and to watch him carefully.

HR Manager:
I was out to dinner celebrating my mother-in-laws birthday and received a call from my HR Manager at the time (Theda Domer) saying she was walking off the job for the day as she could no longer take the abuse from Bob. She proceeded to tell me that she was covering the front desk and he was hanging out at the front desk advising her that it was good to see she is right back where she started with the company over 20 years ago.

Wyoming Special:






Shortly after taking over the office a special came in for Progressive Insurance in Cheyenne Wyoming. I was working with Carol Cirigliano on the special request and realized a Cheyenne license was required for work in the city. I advised Carol I was working with the local PD and had a call into the Chief of Police to expedite license requirements or obtain a short term waiver. Bob came into my office as he was leaving closed the door and said, "what the fuck, you can't tell corporate you are not doing a special". I advised Bob that at no time did I decline the special but that I was working with the city to obtain license or waiver. When I told Bob what I was doing he advised me, "you need to understand, when I was a GM I did whatever it took to get the job done and I expect you to do the same".

Bob's voice was so loud and heated that one of my area supervisors told me he thought he was going to have to come in to separate us because you could hear the entire situation throughout the entire office and we were behind closed doors in my office when he confronted me.

2012: In February 2012 before the monthly P&L even came out, Bob had me in his office and placed me on a plan of improvement stating that my numbers were below standards and if I fail to meet them again he would have to look at other options for the office. When I advised Bob that we only had January numbers and generally those have all the carry overs from the year end how does he know my numbers are bad. No response.

P&L came out the following week and my numbers were above quota, in fact I made Office and Manager of the year that year.

You would think that making Office and Manager of the year would be a good thing. Unfortunately, during our regional dinner in front of others in the region celebrating gold club and some friends of mine who happen to be in Vegas and Bob allowed me to have them join us for dinner: Bob and his wife chastised me and Bob's wife who appeared to be intoxicated and said "Dorothy won't be selected as manager of the year because she is to bitcy".

Do you realize that when I went up to get my award, I said no speech what so ever as all I could remember was being placed on notice earlier in the year and being chastised at the dinner the night before and felt that if I could not be thankful to those I work for then I need to not say anything at all.

The constant down grading of my staff is unbearable. The constant harassing over overtime and budget with threats of being replaced needs to come to an end. He has forced me to eliminate my recruiter, he has eliminated by MBD but when I said he needed to be replaced in November of 2015 for performance I was advised that it was not my decision as he doesn't work for me.

The last several large opportunities I have gone after I have been forced to no bid them at the last minute with no explanation as to why, I am just told "that is what Danny said".

- DIA Airport: $17m year – our outside business consultant had even expressed concerns by a no bid that in their words said "if G4S no bids DIA this will be local suicide for your business"
- Planned Parenthood: $300k year for Colorado and New Mexico (we have done work for them in the past and G4S was the only company they were looking at for this all CPO project)

The overtime for the Denver office is high and yes I agree. We are being forced to take on these national account special's which increases our overtime and ultimately hurts our bottom line as the revenue generally is not high enough to cover the overtime expense. If we provide any ounce of push back on a national account special we then get chastised by the national account rep, RVP or the call



<table>
<tr><td>center where we then are forced to come up with staffing solutions to cover it keep in mind many of these requests come with little to no notice.<br><br>I am currently sitting with roughly 70 full and part time openings and 67% of my openings are national account customers. Keep in mind that we have hired some of these positions and they are either in class currently or will be attending our next class but many of them are for local accounts at the higher pay rates.</td></tr>
<tr><td>ECH Complaint:<br>Advised me that he received an ECH complaint against me but couldn't remember what is was about and that he would get with me on Monday to review it. The following week, still no word from him but then I started getting calls from my office staff as well as employees in the field asking me what was going on. I asked them what are you talking about? They advised me that they were contacted by Bob asking them if they heard or knew of an alleged relationship I was having with a staff member. Everyone denied any such allegations.<br><br>Well over a month had passed and still no conversation from Bob regarding this claim. I finally reached out to him via email inquiring about it and he responded "Sorry for the delay, I have completed my investigation" and then scheduled a time to meet with me.<br><br>When I went in to meet with him he began to tell me that he has conducted an investigation and I cut him off as I confronted him on the ECH since I was aware of it and advised him of the embarrassment he has caused me by not letting me know the type of questioning my staff would be asked about me. I asked him to see the complaint and he only provided me with a cut and paste of a very small portion but no details and then had company policy stated on the form he provided me.<br><br>I was then advised that the claim has been closed with no validating findings, but yet the following week Dean Hemstreet contact my Senior Operations Manager James Lankford questioning the claim. When I was advised of this, Bob said "oh Dean must have still had interviews to conduct". Why was the closure on this not put out to those involved in the investigation?</td></tr>
<tr><td>He has made statements like:<br>"what worked for me may not work for you"<br>"she's easy on the eyes" – comment about a recently hired GM<br>"don't worry, I am having this same conversation with Tom in Vegas next week" – this was a week ago Friday.<br>"no big loss, easy replacement" – when we were talking about Troy Hayles leaving from Utah.<br><br>Chastising my HR Manager and Admin assistant back in November in the lobby telling them "you guys do not know how to do your jobs, but I will have people here next week to show you how to do your jobs correctly". The following week he had Dean Hemstreet and Ira Mozee at our office and both of them said "I have no idea why we are here because you guys are doing everything by the books".<br><br>He chastised my staff about a new recruit because he was a larger male and told them "when you are hiring you need to think image, not qualifications".</td></tr>
<tr><td>CSP Office – he began having conversations with my staff in November regarding his plans to break off CSP office from Denver. He never mentioned a word to me about it until the day he was announcing the split off and did it 5 minutes before having the Ops Manager for that office come in to review his plans.</td></tr>
</table>



| |
|---|
| My P&L was so messed up from the split off and the way it was handled that I even sat down with Danny when he was in town and he even said "things just don't look right and I will have to get back to you". To this day, over a year later no response. When talking to Bob about the P&L issues he offered no assistance to try and resolve. My 2016 P&L I am still dealing with items from CSP split off and yet I am to be responsible to a P&L that no one is offering any response to my ongoing concerns.<br><br>My P&L has been messed up on several occasions with Agilent (global and international) billings, most recently Google Risk360 errors and every time issues occur no one can give me answers and Bob has raised the questions as well with no real response and has offered no support.<br><br>When I look at the planned revenue versus actual revenue by each office that was provided by Bob earlier this year, my office from 2012 to 2015 is pretty similar in activity as others in the region. There have been good years and bad years but to always be placed on notice stops any momentum to drive forward. |
| Recent promotion of my HR Mgr to Regional Position:<br>I was provided only 2 weeks-notice to put a replacement in place for a position he was transferring to a regional position. Of those 2 weeks, the HR mgr vacating was on PTO 5 of those days. With him knowing the importance of that role to an office of any size he should have provided an ample transition and training timeline but rather said "she was needed to handle transitions and training in other offices outside of Denver".<br>How is this supporting the team that works for you? This was another way for him to set me up for failure to see if my staff and I could pull it off.<br><br>I had to convince one of my staff members not to file a complaint over the posting as he applied for it and received an email that his application was complete and there would be further follow up and was not even given an interview or any type of response and questioned the fair hiring practices by a senior member of our company. |
| In 2013 this was the first time he had me pull my entire team from Denver and CSP together because he wanted to go over some customer service training with them. His training consisted of chastising the entire team over the "5 p's". He basically told the staff they needed to step up their games. We left that meeting wondering what just happened and an impression on new staff members of the unprofessional ways that Bob operates in. |
| Bob was still GM when his son was delivering laundry to one of our client facilities. The facility has a no pet policy and when his son arrived he had his dog in the van. Our security officer told him he could not gain access with the pet in the van and followed client protocol. Bob's son advised Bob of the issue and the next morning Andy and I were chastised about it and were told to find out who the officer was that was on duty and to bring them in and terminate their employment.<br><br>I had already received an email from the client by this time and I printed it and showed it to Bob where the email clearly stated that our officer followed proper procedure and she wanted to action taken against him because she knew the relationship. |
| Do you realize that just about every member of our region who has visited the Denver office stops by my office before they leave and tells me that I am a much stronger person than them because they could never work in the same office as Bob everyday like I do.<br><br>What does that tell you about the image and perception he is putting out there?<br>I am constantly being told by other managers that Bob does this to me because I am a female and it is his way of showing his power in his position. |



| |
|---|
| PTO<br>You can verify through my payroll records that not once have I been afforded the opportunity to take all of my PTO because the job is so demanding. The hours have rolled into my EIB account maxing me out at 480 hours, but the unused time I have lost due to the increasing demands are far greater than what is in the EIB account. |
| Poor Management Tactics<br>The worse thing that this company could do to any new GM is promote an outgoing GM into a RVP role and have them housed in the same office. I know for a fact that I am not the only person who has experienced this issue as I had early on conversations with Eddy Esquibel regarding his same situation when Rene Pedraes was promoted from the Miami GM role to the RVP role. |
| Top Performance Club<br>I assumed the role of GM in 2008. During this time I have been in the top performance club 4 times.<br>2008 Gold, 2010 Silver, 2012 Gold and GM of Year, 2014 Gold<br>2009 my P&L was hit with a $290k OFCCP fine from back in 2003 while Bob was the GM. |
| CSP GM<br>I was interviewing for a Project Manager position at the Progressive Insurance account in Colorado Springs. I provided Bob with the top 3 candidates with Vince LaPapa being my number one candidate. Bob conducted secondary interviews and quickly declined on Vince indicating he is too young and went with an older candidate for the position. I hired Vince for an operations position, and the candidate that Bob selected for Progressive did not work out. During that time, Progressive management tried several times to get Vince to move into the role however he declined.<br><br>After several years under my leadership and training, Vince is now the GM for Colorado Springs Office. |
| We have been faced with heat and air issued in our building since day one of moving in. Because of this, some of my staff were working with lights off in their office to try to keep temperatures down. One day Bob enters my office while I had someone in meeting with me and proceeded to go off over how unprofessional it was that I was allowing a staff member (Dave Hughes) to work in his office with the lights off and advised me to correct it or he would. I went down to Dave's office and advised him to leave the lights on while he was at work. |
| On 9/26/17 I received an email from Bob indicating there are issues that were brought up regarding IBM Boulder on a call that occurred on 9/23/16 with IBM and G4S management. He indicated that Dean Hemstreet would be deployed to the site next week to conduct an investigation. At no time did he provide me with a list of concerns but rather stated "Dean will handle it".<br><br>That evening after spending several hours trying to understand what the issues were I later found out what the issues were and responded to Bob and Dean with the corrective action I provided the client back in August 2016. Little does Bob know that the individual who created this list later admitted to my site supervisor (Cindie Crowder) that she was forced to come up with a list in fear of her own position.<br><br>This is the final example of not providing us with the necessary information to appropriately respond to allegations against us. |
| As you can see, my ability to focus on my job and my teams ability to focus has been severally impacted by the environment in which we are working in. I come to work every day wondering what road block will be placed in front of me this day or what issue he is going to create or what staff member he is going to target that I will have to keep calm so they do not walk off the job. This |



constant harassment is affecting my abilities as a manager, a person and my health and as much as I want to say I am a very strong individual one can only take so much abuse over time before he/she begins to break down.

As I mentioned, I do have a scheduled meeting with Bob on 9/30/16 at 1000 and I am already in fear of the outcome of the meeting as I have sat back over the years and have taken so much that I mentally and emotionally can no longer deal with the constant obstacles and harassment he subjects me to.

If the company has decided that it be best for me to no longer be a part of the team I will consider a package, however my legal advisors will have to review it based on what they believe to be the best outcome of any potential proceedings not only for me but for those who have been subjected to this treatment as well as this matter can no longer remain silent and unattended to.

| Internal Witnesses or Knowledge of Issues: | External Witnesses or Knowledge of Issues: |
|---|---|
| Theda Domer | Mitch King |
| Sandra Meier | Michael Goodboe |
| Richard Kellett | Troy Hales |
| Jon Miller | |
| James Lankford | |
| Vincent LaPapa | |
| Cindie Crowder | |
| Jon Miller | |
| Phil Scott | |
| Tom Harper | |
| Jimmy Ramos | |
| Manny Fimbers | |
| Bonnie Beauregard | |
| Andy Eisaman | |
| Melinda Bishop | |
| Dean Hemstreet | |
| Ira Mozee | |
| Ed Rodriguez | |

